

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of C.F., a child,　　　　* From the 326th District Court
　　　　　　　　　　　　　　　　　　 of Taylor County
　　　　　　　　　　　　　　　　　　 Trial Court No. 8795-CX.

No. 11-18-00161-CV　　　　　　　　* December 13, 2018

　　　　　　　　　　　　　　　　　* Memorandum Opinion by Wright, S.C.J.
　　　　　　　　　　　　　　　　　　 (Panel consists of: Bailey, C.J.;
　　　　　　　　　　　　　　　　　　 Gray, C.J., sitting by assignment; and
　　　　　　　　　　　　　　　　　　 Wright, S.C.J., sitting by assignment)
　　　　　　　　　　　　　　　　　　 (Willson, J., not participating)

　　　　This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.